Opinion issued January 13, 2011

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00862-CR

———————————

MICHELLE
RIVERA, Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the County Criminal Court at Law No. 7

Harris
County, Texas



Trial
Court Case No. 1594447

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.2(a).

We dismiss any pending
motions as moot.

The Clerk is directed to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Higley, and Brown.

Do not publish. 
 Tex. R. App. P. 47.2(b).